# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ESO RAZIC, a/k/a Esad Razic, a/k/a Brico,<br><br>    Defendant. | No. C18-1001--LTS<br><br>**ORDER** |

    Defendant's unresisted motion (Doc. No. 39) to reset trial date and final pretrial conference is **granted**. The trial and final pretrial conference will be reset under separate order.

    **IT IS SO ORDERED.**

    **DATED** this 12th day of June, 2019.

                                          _____
                                          Leonard T. Strand, Chief Judge