# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>ESO RAZIC, a/k/a Esad Razic, a/k/a Brico<br>*Defendant* | ) ) ) ) ) Civil Action No. C18-1001-LTS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Defendant and against Plaintiff and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge   Leonard T. Strand, Chief Judge,   without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 10/22/2020

ROBERT L. PHELP, CLERK OF COURT

By: /s/ des, Deputy Clerk
*Signature of Clerk or Deputy Clerk*